GEORGE FRUH, Respondent, *v.* WALTER F. DUCKWORTH et al., Appellants.

*Fruh* v. *Duckworth*, 23 App. Div. 624, affirmed.
(Argued April 2, 1900; decided April 17, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department,

entered December 14, 1897, affirming a judgment in favor of plaintiff entered upon a verdict.

*Maurice S. Hyman* for appellants.

*Reuben H. Underhill* and *George L. Robinson* for respondent.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LAN-DON and WERNER, JJ. Not sitting: CULLEN, J.